**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7637**

NATHAN L. HILL,

    Petitioner - Appellant,

  v.

WARDEN STREEVAL,

    Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:20-cv-00309-EKD-JCH)

Submitted:  July 20, 2021          Decided:  July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathan L. Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan L. Hill, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 petition and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Streeval*, No. 7:20-cv-00309-EKD-JCH (W.D. Va. June 9, 2020; Oct. 19, 2020). We deny Hill's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*